Mark A. Crabtree, OSB #015070
mark.crabtree@jacksonlewis.com
Leslie Boro, OSB #173662
leslie.boro@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KALA BACKMAN, an individual,<br><br>    Plaintiff,<br><br>        v.<br><br>H&S PEARL, LLC., an Oregon domestic limited liability company; and GUILLERMO ORTEGA, an individual,<br><br>    Defendants. | Case No.: 3:24-cv-00722<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION**<br>**(28 U.S.C. §1331, §1441 & §1367)**<br><br>**[Multnomah County Circuit Court Case No. 24CV14972]** |

TO:    Clerk of the Court;

AND TO:    Plaintiff Kala Backman and her attorney of record.

        Under 28 U.S.C. §1331 and 28 U.S.C. §1441, H&S Pearl, LLC and Guillermo Ortega

("Defendants") remove this action filed by Kala Backman ("Plaintiff") in the Circuit Court for the

Page 1 – DEFENDANTS' NOTICE OF REMOVAL TO
FEDERAL JURISDICTION

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

State of Oregon for the County of Multnomah, to this Court for the District of Oregon, Portland Division. The grounds for removal are as follows:

1.      On or about March 29, 2024, Plaintiff commenced this action against Defendants by filing a complaint ("Complaint") in the Circuit Court for the State of Oregon for the County of Multnomah captioned as *Kala Backman v. H&S Pearl, LLC and Guillermo Ortega,* Case No. 24CV14972.

2.      Removal under 28 U.S.C. § 1446(b) is timely. Guillermo Ortega was served a copy of the Complaint and summons on April 1, 2024. H&S Pearl, LLC was served a copy of the Complaint and summons via its registered agent in Oregon on April 3, 2024. Defendants file this notice of removal within the 30-day requirement. Exhibit 1 includes a true and correct copy of all process, pleadings, and orders served upon Defendants in this action.

3.      This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and the matter is removable under 28 U.S.C. § 1441 because Plaintiff's Complaint asserts claims arising under the Family Medical Leave Act, 29 U.S.C. § 2617 *et seq.* Complaint ¶¶ 62-65.

4.      This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law claims to the extent they derive from the same nucleus of operative facts giving rise to the federal claim and any resolution of the federal claims will involve resolution of the allegations that form the basis of the state-law claims.

5.      A copy of this Notice of Removal will be served on Plaintiff as affirmed in the attached declaration of service.

6.      Defendants acknowledge that 28 U.S.C. § 1446(d) also requires that a copy of the federal court Notice of Removal be filed with the Multnomah County Circuit Court and will accordingly file it with the Multnomah County Circuit Court.

Page 2 – DEFENDANTS' NOTICE OF REMOVAL TO
FEDERAL JURISDICTION

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

WHEREFORE, Defendants pray for removal of the action pending in the Circuit Court of the State of Oregon for Multnomah County, bearing case No. 24CV14972, to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1367.

DATED: April 29, 2024.    Respectfully submitted,
           JACKSON LEWIS P.C.


By: *s/ Leslie Boro*
Mark A. Crabtree, OSB #015070
mark.crabtree@jacksonlewis.com
Leslie Boro, OSB #173662
leslie.boro@jacksonlewis.com
Attorneys for Defendants

Page 3 – DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION** via:

☐ Electronic Mail

☐ US Postal Service

■ CM/ECF

☐ Facsimile Service

☐ Hand Delivery

☐ UPS

as follows on the date stated below:

David Hannon
Crispin Hannon LLC
1834 SW 58th Ave Ste. 200
Portland, OR 97221
dave@employmentlaw-nw.com

*Attorney for Plaintiff*

DATED this 29th day of April 2024.

By:  *s/ Delores Petrich*
Delores Petrich

4864-9911-4681, v. 1

Page 4 – DECLARATION OF SERVICE

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 ǀ (503) 229-0405
(fax)